Gregg S. Garfinkel, Esq., S.B. #156632
ggarfinkel@stonedeanlaw.com
STONE | DEAN LLP
21052 Oxnard Street
Woodland Hills, California 91367
Tel:  (818) 999-2232
Fax: (818) 999-2269

Attorneys for Plaintiff,
ALLSTATE VAN & STORAGE, INC. dba ALLSTATE MOVING SYSTEMS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLSTATE VAN & STORAGE, INC. dba ALLSTATE MOVING SYSTEMS<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE MOVING, LLC<br><br>Defendants. | Case No.: 2:22-cv-01948 AB (JPRx)<br>[Complaint filed: 3/24/2022]<br>[Assigned for all Purposes to the Honorable Andre Birotte, Jr., Ctrm. 7B]<br><br>**APPLICATION FOR DEFAULT JUDGMENT BY CLERK PURSUANT TO FED. R. CIV. P. 55(B)(1)**<br><br>[*Filed concurrently with Declaration of Gregg S. Garfinkel and Nick Luni in Support thereof; and Proposed Order*] |

TO THE HONORABLE ANDRE BIROTTE, JR., AND PARTIES IN INTEREST:

  Plaintiff ALLSTATE VAN & STORAGE, INC. dba ALLSTATE MOVING SYSTEMS ("Plaintiff") hereby requests a default judgment against Defendant, ALLSTATE MOVING, LLC ("Defendant") under *Fed. R. Civ. P. 55(b)(1)*.

1

**APPLICATION FOR ENTRY OF DEFAULT JUDGMENT**

1349461.docx

1. <u>Entry of Clerk's Default</u>: A Default by Clerk for failure to respond or appear by Defendant was entered on May 17, 2022.

2. <u>Proof Required for Clerk's Judgment</u>: The attached Declarations of Gregg S. Garfinkel and Nick Luni establish Plaintiff's entitlement to the injunctive relief requested in Plaintiff's original Complaint. No monetary relief is being sought in the present Application for Default Judgment. The attached Declaration of Gregg S. Garfinkel further establishes Defendant's nonmilitary status and Plaintiff's entitlement to judgment as follows:

A. That ALLSTATE LLC and all of its agents, officers, employees, representatives, successors, assigns, attorneys, and all other persons acting for, with, by, through or under authority from ALLSTATE LLC, or in concert or participation with ALLSTATE LLC, and each of them, be enjoined from:

(i) Advertising, marketing, promoting, offering for sale services and goods utilizing the ALLSTATE MOVING name;

(ii) Using the ALLSTATE MOVING name in connection with any of ALLSTATE LLC services;

(iii) using any trademark, name, logo, design, or source designation of any kind on or in connection with ALLSTATE LLC goods that is likely to cause confusion, mistake, deception, or public misunderstanding that such goods or services are produced or provided by ALLSTATE MOVING, or are sponsored or authorized by ALLSTATE MOVING, or are in any way connected or related to ALLSTATE MOVING;

(iv) using any trademark, name, logo, design, or source designation of any kind on or in connection with ALLSTATE LLC goods that dilutes or is likely to dilute the distinctiveness of ALLSTATE MOVING's trademarks, trade dresses, names, or logos; and

(v) passing off, palming off, or assisting in passing off or palming off ALLSTATE LLC services as those of ALLSTATE MOVING, or otherwise

**APPLICATION FOR ENTRY OF DEFAULT JUDGMENT**

1349461.docx

1  continuing any and all acts of unfair competition as alleged in Plaintiff's
2  Complaint.
3
4  DATED: August 12, 2022

**STONE | DEAN LLP**

By: *Gregg S. Garfinkel*
Gregg S. Garfinkel
Attorneys for Plaintiff, ALLSTATE VAN & STORAGE, INC. dba ALLSTATE MOVING SYSTEMS

STONE | DEAN LLP
21052 OXNARD STREET
WOODLAND HILLS, CALIFORNIA 91367

3
**APPLICATION FOR ENTRY OF DEFAULT JUDGMENT**

1349461.docx