Gregg S. Garfinkel, Esq., S.B. #156632
ggarfinkel@stonedeanlaw.com
STONE | DEAN LLP
21052 Oxnard Street
Woodland Hills, California 91367
Tel:  (818) 999-2232
Fax:  (818) 999-2269

Attorneys for Plaintiff,
ALLSTATE VAN & STORAGE, INC. dba ALLSTATE MOVING SYSTEMS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLSTATE VAN & STORAGE, INC. dba ALLSTATE MOVING SYSTEMS<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE MOVING, LLC<br><br>Defendants. | Case No.: 2:22-cv-01948 AB (JPRx)<br><br>**APPLICATION FOR DEFAULT JUDGMENT BY CLERK PURSUANT TO FED. R. CIV. P. 55(B)(1)**<br><br>DATE:  September 30, 2022<br>TIME:    10:00 a.m.<br>Judicial Officer:  Andre Birotte, Jr.<br><br>[*Filed concurrently with Declaration of Gregg S. Garfinkel and Nick Luni in Support thereof; and Proposed Order*] |

TO THE HONORABLE ANDRE BIROTTE, JR., AND PARTIES IN INTEREST:

   Plaintiff ALLSTATE VAN & STORAGE, INC. dba ALLSTATE MOVING SYSTEMS ("Plaintiff") hereby requests a default judgment against Defendant, ALLSTATE MOVING, LLC ("Defendant") under *Fed. R. Civ. P. 55(b)(1)*.

1
**APPLICATION FOR DEFAULT JUDGMENT BY CLERK**

1349461.docx

1. <u>Entry of Clerk's Default</u>: A Default by Clerk for failure to respond or appear by Defendant was entered on May 17, 2022.

2. <u>Proof Required for Clerk's Judgment</u>: The attached Declarations of Gregg S. Garfinkel and Nick Luni establish Plaintiff's entitlement to the injunctive relief requested in Plaintiff's original Complaint. No monetary relief is being sought in the present Application for Default Judgment. The attached Declaration of Gregg S. Garfinkel further establishes Defendant's nonmilitary status and Plaintiff's entitlement to judgment as follows:

A. That ALLSTATE LLC and all of its agents, officers, employees, representatives, successors, assigns, attorneys, and all other persons acting for, with, by, through or under authority from ALLSTATE LLC, or in concert or participation with ALLSTATE LLC, and each of them, be enjoined from:

(i) Advertising, marketing, promoting, offering for sale services and goods utilizing the ALLSTATE MOVING name;

(ii) Using the ALLSTATE MOVING name in connection with any of ALLSTATE LLC services;

(iii) using any trademark, name, logo, design, or source designation of any kind on or in connection with ALLSTATE LLC goods that is likely to cause confusion, mistake, deception, or public misunderstanding that such goods or services are produced or provided by ALLSTATE MOVING, or are sponsored or authorized by ALLSTATE MOVING, or are in any way connected or related to ALLSTATE MOVING;

(iv) using any trademark, name, logo, design, or source designation of any kind on or in connection with ALLSTATE LLC goods that dilutes or is likely to dilute the distinctiveness of ALLSTATE MOVING's trademarks, trade dresses, names, or logos; and

(v) passing off, palming off, or assisting in passing off or palming off ALLSTATE LLC services as those of ALLSTATE MOVING, or otherwise

2

**APPLICATION FOR DEFAULT JUDGMENT BY CLERK**

1349461.docx

continuing any and all acts of unfair competition as alleged in Plaintiff's Complaint.

DATED:  August 23, 2022

**STONE | DEAN LLP**

By: /S/ Gregg S. Garfinkel
Gregg S. Garfinkel
Attorneys for Plaintiff, ALLSTATE VAN & STORAGE, INC. dba ALLSTATE MOVING SYSTEMS

**APPLICATION FOR DEFAULT JUDGMENT BY CLERK**

1349461.docx

# PROOF OF SERVICE

STATE OF CALIFORNIA )
COUNTY OF LOS ANGELES )

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 21052 Oxnard Street, Woodland Hills, California.

On August 23, 2022, I served the foregoing document described as: **APPLICATION FOR DEFAULT JUDGMENT BY CLERK PURSUANT TO FED. R. CIV. P. 55(B)(1),** on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at: Woodland Hills, California addressed as follows:

## SEE ATTACHED SERVICE LIST

[X]   (BY MAIL)  I am familiar with the ordinary business practice of the law firm of Stone | Dean for collection and processing of correspondence for mailing with the United States Postal Service at the aforementioned place of business and that the above-entitled document was placed in a sealed envelope and deposited for collection and mailing on the date stated above, following such ordinary practices, and in such manner as to cause it to be deposited with the United States Postal Service that same day, with postage thereon fully prepaid, in the ordinary course of business, addressed as indicated above.

[]   (BY E-MAIL) Service is hereby made by e-mail pursuant to *Code of Civil Procedure* section 1010.6(e). Accordingly, I caused the document(s) listed above to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

[X]   Executed on August 23, 2022, at Woodland Hills, California.

   /s/ Nydia Martinez
   NYDIA MARTINEZ

4

**APPLICATION FOR DEFAULT JUDGMENT BY CLERK**

1349461.docx

SERVICE LIST

Allstate Moving, LLC
7871 S. 180th Street
Kent, WA 98032

**APPLICATION FOR DEFAULT JUDGMENT BY CLERK**

1349461.docx